AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-343 |
| KKR & Co. Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                     .

Date:     01/15/2025

S/ Leah Graham
*Attorney's signature*

Leah Graham (DC #989727)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 5th St. NW, Suite 7100
Washington, DC 20001

*Address*

leah.graham@usdoj.gov
*E-mail address*

(202) 509-4160
*Telephone number*

*FAX number*