**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-v.-<br><br>KKR & CO. INC., et al.,<br><br>                      Defendants. | 1:25-cv-343-JHR<br>[rel. 1:25-cv-448-JHR]<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**(ORAL ARGUMENT REQUESTED)** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support thereof and all prior pleadings and proceedings herein, Defendants KKR & Co. Inc.; KKR & Co. GP LLC; Kohlberg Kravis Roberts & Co. L.P.; KKR Americas Fund XII L.P.; KKR Americas Fund XII (Kestrel) L.P.; KKR Americas Fund XII (Thrive) L.P.; KKR Apple Aggregator L.P.; KKR Chord IP Aggregator L.P.; KKR Core Holding Company LLC; KKR Core II Holding Company LLC; KKR DCIF Lower Entity III SCSp; KKR Global Impact Fund SCSp; KKR Global Infrastructure Investors IV USD (Apple) L.P.; KKR North America Fund XIII SCSp; and KKR Obsidian Aggregator L.P. will move this Court before the Hon. Jennifer H. Rearden, by the undersigned counsel, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, at a date and time to be determined by this Court, for an order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief the Court deems just and proper.

                                                                   Respectfully submitted,

|  |  |
|---|---|
| DATED: New York, New York<br>April 17, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: | /s/ William A. Burck<br>William A. Burck<br>Michael D. Bonanno (*pro hac vice forthcoming*)<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>Tel: 202.538.8000<br>williamburck@quinnemanuel.com<br>mikebonanno@quinnemanuel.com<br><br>Andrew J. Rossman<br>Stephen E. Frank (*pro hac vice forthcoming*)<br>Mario O. Gazzola<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>295 Fifth Avenue<br>New York, NY 10016<br>Tel: 212.849.7000<br>andrewrossman@quinnemanuel.com<br>stephenfrank@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br><br>John Bash (*pro hac vice forthcoming*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>300 West 6th St., Suite 2010<br>Austin, TX 78701<br>Tel: 737.667.6100<br>johnbash@quinnemanuel.com |

D. Bruce Hoffman (*pro hac vice forthcoming*)
Ryan Shores (*pro hac vice forthcoming*)
C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Tel: 202.974.1500
bhoffman@cgsh.com
rshores@cgsh.com
lmalm@cgsh.com

Lina Bensman
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Tel: 212.225.2000
lbensman@cgsh.com

Charles F. Rule (*pro hac vice forthcoming*)
Deborah Garza (*pro hac vice forthcoming*)
Daniel J. Howley
**RULE GARZA HOWLEY LLP**
901 Seventh Street, NW
Suite 600
Washington, D.C. 20001
Tel: 202.843.9280
rule@rulegarza.com
garza@rulegarza.com
howley@rulegarza.com

*Counsel for Defendants*