

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

**VIA ECF**

May 6, 2025

The Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:   *United States v. KKR & Co. Inc. et al.*, 25-cv-343-JHR [rel. 25-cv-448]
      **Request to Extend the Parties' Deadlines to Respond and Reply to KKR's Motion to Dismiss**

Dear Judge Rearden,

    We write on behalf of Plaintiff United States in *United States v. KKR & Co. Inc. et al.*, 25-cv-343-JHR. Pursuant to Rule 2.E of Your Honor's Individual Rules, we respectfully request that the Court extend the United States' deadline to respond to the Defendants' Motion to Dismiss (ECF No. 31), extending the current deadline of May 8, 2025, by one week. This is the United States' first request for an extension in this case. Defendants consent to the requested extension and seek an extension of their time to reply by eleven days (accounting for the Memorial Day holiday). The United States consents to Defendants' request. If both deadlines are extended, the United States' response to Defendants' motion would be due on May 15, and Defendants' reply would be due on June 2, 2025.

    The United States seeks this extension in order to have additional time to respond to Defendants' 31-page motion, which seeks dismissal of United States' complaint in its entirety and raises a variety of constitutional, statutory, and regulatory arguments.

      The requested extension would not prejudice any party, or cause any delay in the resolution of these matters. The parties do not have any scheduled appearances before the Court in either action. This request does not seek an extension of any deadline in the related matter.

Sincerely,

/s David Teslicko
David Teslicko
Attorney for the United States

cc: Counsel of Record