

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

**VIA ECF**

May 15, 2025

The Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

**Re:** *United States v. KKR & Co. Inc. et al.*, 25-cv-343-JHR [rel. 25-cv-448]
**Request for Oral Argument on KKR's Motion to Dismiss**

Dear Judge Rearden,

    We write on behalf of Plaintiff United States in *United States v. KKR & Co. Inc. et al.*, 25-cv-343-JHR. Pursuant to Rule 5.F of Your Honor's Individual Rules, we respectfully request that the Court permit oral argument on Defendants' Motion to Dismiss (ECF No. 31).

    As explained in our opposition brief, KKR's motion seeks dismissal of the government's complaint based on an unsupported misreading of the text, purpose, and legislative history of the HSR Act, 15 U.S.C. § 18a. We believe there are multiple bases upon which the Court can deny Defendants' motion on the papers.

    Nonetheless, the United States submits that oral argument would be beneficial to the extent the Court has any questions about how the HSR Act and associated HSR Rules operate together and how the noncompliance alleged in the Complaint violates those rules. We would welcome the opportunity for oral argument.

Sincerely,

/s David Teslicko
David Teslicko
Attorney for the United States

cc: Counsel of Record