UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice<br>Antitrust Division<br>450 5th St. NW<br>Washington, DC 20530,<br><br>*Plaintiff*<br><br>*v.*<br><br>KKR & CO. INC.<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KKR & CO. GP LLC<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KOHLBERG KRAVIS ROBERTS & CO. L.P.<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KKR AMERICAS FUND XII L.P.<br>c/o Kohlberg Kravis Roberts & Co. L.P.<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KKR AMERICAS FUND XII (KESTREL) L.P.<br>c/o Kohlberg Kravis Roberts & Co. L.P.<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KKR AMERICAS FUND XII (THRIVE) L.P.<br>c/o Kohlberg Kravis Roberts & Co. L.P.<br>30 Hudson Yards<br>New York, NY 10001,<br><br>KKR APPLE AGGREGATOR L.P.<br>c/o Kohlberg Kravis Roberts & Co. L.P.<br>30 Hudson Yards<br>New York, NY 10001, | Case No.: 1:25-cv-343 |

KKR CHORD IP AGGREGATOR L.P.
30 Hudson Yards
New York, NY 10001,

KKR CORE HOLDING COMPANY LLC
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

KKR CORE II HOLDING COMPANY LLC
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

KKR DCIF LOWER ENTITY III SCSP
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

KKR GLOBAL IMPACT FUND SCSP
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

KKR GLOBAL INFRASTRUCTURE
INVESTORS IV USD (APPLE) L.P.
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

KKR NORTH AMERICA FUND XIII SCSP
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

and

KKR OBSIDIAN AGGREGATOR LP
c/o Kohlberg Kravis Roberts & Co. L.P.
30 Hudson Yards
New York, NY 10001,

*Defendants.*

**[PROPOSED] ORDER FOR STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS**

WHEREAS, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed;

WHEREAS, absent an appropriation, Department of Justice attorneys and employees are generally prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property," 31 U.S.C. § 1342;

WHEREAS no party in the above-captioned matter objects to a stay;

IT IS HEREBY ORDERED that the above-captioned litigation is stayed until Department of Justice appropriations are restored by Congress and Department of Justice attorneys are permitted to resume their usual civil litigation functions;

IT IS HEREBY FURTHER ORDERED that the United States shall promptly notify the Court by letter upon restoration of appropriations, and that all further proceedings in this matter be stayed for 30 days following such notice.

SO ORDERED:

*/s/ Jennifer H. Rearden*            Dated: October 3, 2025

HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE