

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

<u>**VIA ECF**</u>

November 13, 2025

The Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *United States v. KKR & Co. Inc. et al.*, 25-cv-343-LTS [rel. 25-cv-448]
          *Notice of Restoration of Appropriations*

Dear Judge Swain:

We write on behalf of Plaintiff United States in *United States v. KKR & Co. Inc. et al.*, 25-cv-343-LTS. On October 3, 2025, the Court entered an order staying this litigation until "Department of Justice appropriations are restored by Congress and Department of Justice attorneys are permitted to resume their usual civil litigation functions." ECF No. 93.

On November 12, 2025, Congress passed, and the President signed a continuing resolution restoring appropriations to the Department of Justice. Department of Justice attorneys are now permitted to resume their usual civil litigation functions.

As the Court is aware, prior to the stay there were no scheduled hearings or deadlines in this matter, as Defendants' motion to dismiss remains pending.

1

We greatly regret any disruption caused by these circumstances.

Respectfully submitted,

_/s/ David M. Teslicko_____
David M. Teslicko
Attorney for the United States

cc: Counsel of Record