AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-343 |
| KKR & Co. Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/12/2025

/s/ Meagan Glynn
*Attorney's signature*

Meagan Glynn (DC #1738267)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 5th St. NW, Suite 7100
Washington, DC 20530
*Address*

Meagan.Glynn@usdoj.gov
*E-mail address*

(202) 577-2690
*Telephone number*

*FAX number*