**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:25-cv-343 |
| *Plaintiff* | [rel. 1:25-cv-448] |
| v. | HON. LAURA TAYLOR SWAIN |
| KKR & CO. INC.,<br>KKR & CO. GP LLC,<br>KOHLBERG KRAVIS ROBERTS & CO. L.P.,<br>KKR AMERICAS FUND XII L.P.,<br>KKR AMERICAS FUND XII (KESTREL) L.P.,<br>KKR AMERICAS FUND XII (THRIVE) L.P.,<br>KKR APPLE AGGREGATOR L.P.,<br>KKR CHORD IP AGGREGATOR L.P.,<br>KKR CORE HOLDING COMPANY LLC,<br>KKR CORE II HOLDING COMPANY LLC,<br>KKR DCIF LOWER ENTITY III SCSP,<br>KKR GLOBAL IMPACT FUND SCSP,<br>KKR GLOBAL INFRASTRUCTURE<br>INVESTORS IV USD (APPLE) L.P.,<br>KKR NORTH AMERICA FUND XIII SCSP,<br>and<br>KKR OBSIDIAN AGGREGATOR LP,<br><br>*Defendants*. | |

**<u>MOTION TO WITHDRAW</u>**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern

District of New York, I, Keane Nowlan, move the Court to withdraw as counsel of record for

Plaintiff, United States of America, as my last day with the Department of Justice is June 12,

2026. David Teslicko, who is already counsel of record, will continue to represent the United

States as lead counsel. My withdrawal will not result in any modification of any existing

deadlines or dates for court appearances in the case.

Dated: June 2, 2026

Respectfully submitted,

By: */s/ Keane Nowlan*
KEANE NOWLAN

United States Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 746-7308
Email: Keane.Nowlan@usdoj.gov

*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>v.<br><br>KKR & CO. INC.,<br>KKR & CO. GP LLC,<br>KOHLBERG KRAVIS ROBERTS & CO. L.P.,<br>KKR AMERICAS FUND XII L.P.,<br>KKR AMERICAS FUND XII (KESTREL) L.P.,<br>KKR AMERICAS FUND XII (THRIVE) L.P.,<br>KKR APPLE AGGREGATOR L.P.,<br>KKR CHORD IP AGGREGATOR L.P.,<br>KKR CORE HOLDING COMPANY LLC,<br>KKR CORE II HOLDING COMPANY LLC,<br>KKR DCIF LOWER ENTITY III SCSP,<br>KKR GLOBAL IMPACT FUND SCSP,<br>KKR GLOBAL INFRASTRUCTURE<br>INVESTORS IV USD (APPLE) L.P.,<br>KKR NORTH AMERICA FUND XIII SCSP,<br>and<br>KKR OBSIDIAN AGGREGATOR LP,<br><br>*Defendants*. | Case No.: 1:25-cv-343<br>[rel. 1:25-cv-448]<br><br>HON. LAURA TAYLOR SWAIN |

**[PROPOSED] ORDER**

The motion of Keane Nowlan to withdraw as counsel for the United States in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
The Honorable Laura Taylor Swain
Chief United States District Judge