**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-v.-<br>KKR & CO. INC., et al.,<br>Defendants. | 1:25-cv-343-LTS<br>[rel. 1:25-cv-448-LTS] |

## DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(g), KKR & CO. INC., KKR & CO. GP LLC, KOHLBERG KRAVIS ROBERTS & CO. L.P., KKR AMERICAS FUND XII L.P., KKR AMERICAS FUND XII (KESTREL) L.P., KKR AMERICAS FUND XII (THRIVE) L.P., KKR APPLE AGGREGATOR L.P., KKR CHORD IP AGGREGATOR L.P., KKR CORE HOLDING COMPANY LLC, KKR CORE II HOLDING COMPANY LLC, KKR DCIF LOWER ENTITY III SCSP, KKR GLOBAL IMPACT FUND SCSP, KKR GLOBAL INFRASTRUCTURE INVESTORS IV USD (APPLE) L.P., KKR NORTH AMERICA FUND XIII SCSP, and KKR OBSIDIAN AGGREGATOR LP (together, "KKR"), by and through their undersigned counsel, submit the following description of all written or oral communications by or on behalf of KKR with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment filed in this action on August 26, 2026. In accordance with Section 2(g), the description excludes "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone," and is limited to communications concerning or relevant to the Proposed Final Judgment.

## I. Description

Commencing in or about October of 2023 and concluding August 26, 2026, KKR and its agents and advisors had multiple in-person meetings, virtual meetings, telephone calls, and written communications with officers and employees of the Department of Justice and, on certain occasions, with other officers or employees of the Executive Branch, concerning or relating to the proposed Final Judgment. Listed below are representatives of KKR, excluding counsel of record, and officers and employees of the Executive Branch who participated in one or more of these communications. The communications included in-person meetings on or about February 26, 2024; October 2, 2024; November 13, 2024; December 16, 2024; June 2, 2025; December 19, 2025; April 15, 2026; and June 4, 2026.

**KKR**

Kathryn K. Sudol, Partner, Chief Legal Officer and General Counsel, KKR
Joseph Bae, Co-Chief Executive Officer, KKR
Scott Nuttall, Co-Chief Executive Officer, KKR
Christopher Lee, Managing Director, General Counsel for the Americas and Corporate Secretary, KKR
Ellen Frye, Managing Director, Head of Transactional Regulatory, KKR
Dane Holmes, Chief Administrative Officer, Partner, KKR
Viet Dinh, Attorney, Palanquin Advisors
May Mailman, Attorney, MPL Strategies

**U.S. Government**[1]

Jonathan Kanter, Former Assistant Attorney General, Antitrust Division, DOJ
Abigail Slater, Former Assistant Attorney General, Antitrust Division, DOJ
Omeed A. Assefi, Former Acting Assistant Attorney General, Antitrust Division, DOJ
Stanley E. Woodward, Jr., Associate Attorney General, DOJ
Joshua Hoyt, Office of White House Counsel
David Warrington, Office of White House Counsel

[1] Communications relating to the Proposed Final Judgment included numerous employees of the Department of Justice, including the heads of the Antitrust Division listed here.

## II. Certification

To the best of KKR's knowledge, after appropriate inquiry, there have been no other written or oral communications by or on behalf of KKR with any officer or employee of the Executive Branch of the United States concerning the Proposed Final Judgment except for communications between counsel of record for KKR and the DOJ. KKR therefore certifies that it has complied with the requirements of Section 2(g) and that the above description of communications by or on behalf of KKR as required to be reported under Section 2(g) is true and complete.

Dated: September 8, 2026

Respectfully submitted:

/s/ *William A. Burck*
William A. Burck
Michael D. Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th St. NW, Suite 600
Washington, DC 20005
Tel: 202.538.8000
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com

Andrew J. Rossman
Stephen E. Frank (*pro hac vice*)
Mario O. Gazzola
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, NY 10016
Tel: 212.849.7000
andrewrossman@quinnemanuel.com
stephenfrank@quinnemanuel.com
mariogazzola@quinnemanuel.com

John Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th St., Suite 2010

Austin, TX 78701
Tel: 737.667.6100
johnbash@quinnemanuel.com

D. Bruce Hoffman (*pro hac vice*)
Ryan Shores (*pro hac vice*)
C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Tel: 202.974.1500
bhoffman@cgsh.com
rshores@cgsh.com
lmalm@cgsh.com

Lina Bensman
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Tel: 212.225.2000
lbensman@cgsh.com

Charles F. Rule (*pro hac vice*)
Deborah Garza (*pro hac vice*)
Daniel J. Howley
**RULE GARZA HOWLEY LLP**
901 Seventh Street, NW
Suite 600
Washington, D.C. 20001
Tel: 202.843.9280
rule@rulegarza.com
garza@rulegarza.com
howley@rulegarza.com

*Counsel for Defendants*

**CERTIFICATE OF WORD COUNT COMPLIANCE**

I, William A. Burck, an attorney duly admitted to practice before this Court, hereby certify pursuant to Local Civil Rule 7.1(c) that this Certification was prepared using Microsoft Word and that the document contains 547 words as calculated by the application's word-counting function, excluding the parts of the Certification exempted by Local Civil Rule 7.1(c).

I certify under the penalty of perjury the foregoing statements are true and correct. Executed on this 8th day of September, 2026 in New York, New York.

*/s/ William A. Burck*
William A. Burck